An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

LINDA COONEY A/K/A LINDA RAE COONEY,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62846



FILED

MAY 09 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a pretrial petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

Because no statute or court rule appeared to provide an appeal from such an order, we directed appellant's counsel to show cause why this appeal should not be dismissed for lack of jurisdiction. In response, counsel asserts that this court has jurisdiction pursuant to NRS 34.575(1), NRS 177.025, and NRAP 22. We disagree. NRS 34.575(1) authorizes an appeal from a district court order denying a *post-conviction* petition for a writ of habeas corpus and NRS 177.025 does not authorize an appeal from an order denying a pretrial petition for a writ of habeas corpus. And, although NRAP 22 appears to authorize an appeal from such an order, "that part of the rule become inoperative when the statute giving the right to appeal [an order denying a pretrial petition for a writ of habeas corpus] was nullified." *Gary v. Sheriff*, 96 Nev. 78, 81, 605 P.2d 212, 214 (1980).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-13727

Because no statute or court rule authorizes an appeal from an order denying a pretrial petition for a writ of habeas corpus, *see Castillo v. State*, 106 Nev. 349, 353, 792 P.2d 1133, 1135 (1990), we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc: Hon. Elizabeth Goff Gonzalez, District Judge
  Las Vegas Defense Group, LLC
  Attorney General/Carson City
  Clark County District Attorney
  Eighth District Court Clerk